FILED
DEC - 9 2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR:    BEN A. THOMAS, INC.

CASE NO.:    04-00716

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| Southeast Stevedoring Corporation<br>c/o Dorsey & Whitney<br>1031 West 4th Avenue, Ste 600<br>Anchorage, AK 99501 | 43 | $111.97 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS

$ _____

TOTAL:    $    111.97

DATE: December 3, 2009          _____, Trustee
                                        TRUSTEE

20636
111.97